JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| AJAY KUMAR,<br>Petitioner,<br>v.<br>FERETI SEMAIA et al.,<br>Respondents. | Case No. 5:26-cv-04295-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order denying in part and dismissing in part the Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED WITHOUT PREJUDICE**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: August 20, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge